# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00992-RBJ-KLM

AHMAD AJAJ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## PLAINTIFF'S STATUS REPORT

Plaintiff Ahmad Ajaj respectfully submits this Status Report to alert the Court to certain events arising from Defendant BOP's recent transfer of Mr. Ajaj from the United States Penitentiary-Florence (USP-Florence) in Florence, Colorado, to the United States Penitentiary-Terre Haute (USP-Terre Haute) in Terre Haute, Indiana.

1. On January 12, 2018, without prior notice to Mr. Ajaj's counsel, Defendant BOP transferred Mr. Ajaj from USP-Florence to the Federal Transfer Center-Oklahoma City (FTC-Oklahoma City) in Oklahoma City, Oklahoma.

2. Since his transfer, undersigned counsel have been diligently trying to ascertain information from counsel for Defendant BOP about the conditions of confinement at Mr. Ajaj's new facility.[1] In particular, undersigned counsel have been persistently trying to obtain information from Defendant BOP's counsel on how, if at all, the

---

[1] Until Mr. Ajaj's arrival at USP-Terre Haute yesterday, Defendant BOP would not provide Mr. Ajaj the location of the institution where it intended to confine Mr. Ajaj.

conditions at the new facility might impact Mr. Ajaj's requests for relief in this case. Because the parties hold divergent views on the relevance of information related to Mr. Ajaj's new facility, counsel for Mr. Ajaj has requested a hearing pursuant to this Court's discovery dispute procedures to discuss this and other matters with the Court. *See* **Exhibit 1**, 2018.01.29 Kennedy-Jackson Chambers.

3. Mr. Ajaj remained in FTC-Oklahoma City until yesterday, January 29, 2018, when Defendant BOP transferred him to USP-Terre Haute. Defendant BOP only afforded undersigned counsel the opportunity to speak to Mr. Ajaj once during the seventeen days he was confined to FTC-Oklahoma City.

4. Defendant BOP informed Mr. Ajaj's counsel it is evaluating whether it intends to file a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) asserting that Mr. Ajaj's claims are moot based on its unilateral decision to transfer Mr. Ajaj.

5. Counsel for Mr. Ajaj has a good-faith basis to believe that Defendant BOP's tactics to deprive this Court of jurisdiction have not, in fact, rendered his claims moot. In order to provide the Court the factual allegations that support the conclusion that Mr. Ajaj's claims are not moot, however, undersigned counsel must have the opportunity to investigate and acquire the necessary information about USP-Terre Haute. Most importantly, undersigned counsel needs the opportunity to speak to Mr. Ajaj.

6. Once undersigned counsel has had the opportunity to speak to Mr. Ajaj, counsel anticipates moving this Court, pursuant to Fed. R. Civ. P. 15(d), for leave to supplement Mr. Ajaj's Amended Complaint (Doc. 29) with the factual support necessary to demonstrate the continued controversies at issue in this case.

7. Since his arrival at USP-Terre Haute, undersigned counsel has worked diligently to arrange a confidential legal call with Mr. Ajaj, but Defendant BOP has not yet afforded counsel the opportunity to speak with Mr. Ajaj. Counsel are currently in the process of arranging such a call and hope to file any necessary motion shortly thereafter.

DATED: January 30, 2018

Respectfully submitted,

STUDENT LAW OFFICE

*s/Rachel Kennedy*
Rachel Kennedy, Student Attorney

s/*Nicole B. Godfrey*
Nicole B. Godfrey
Laura L. Rovner
Danielle C. Jefferis
Stephanie Blumberg, Student Attorney
Michael Bishop, Student Attorney
Joshua Mitson, Student Attorney
Elizabeth Othmer, Student Attorney
Zachary Wechsler, Student Attorney
University of Denver Sturm College of Law
2255 E. Evans Ave., Ste. 335
Denver, CO 80208
Phone: (303) 871-6574
E: ngodfrey@law.du.edu

*Counsel for Plaintiff Ahmad Ajaj*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2018, I electronically filed the foregoing **PLAINTIFF'S STATUS REPORT** with the Clerk of Court using the CM/ECF system, which will send electronic notification to the following email addressed:

>susan.prose@usdoj.gov
>c2cook@bop.gov
>lauren.dickey@usdoj.gov

>s/*Nicole B. Godfrey*
>Nicole B. Godfrey