IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 15-cv-00992-RBJ | Date: August 27, 2018 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| AHMAD AJAJ | Nicole B. Godfrey |
| | Laurathme L. Rovner |
| **Plaintiff** | |
| v. | |
| FEDERAL BUREAU OF PRISONS | Lauren M. Dickey |
| | Clay C. Cook |
| | Marcy E. Cook |
| | Devin T. Traskos |
| **Defendant** | |

## COURTROOM MINUTES

**BENCH TRIAL DAY ONE**

Court in Session: 9:00 a.m.

Appearance of counsel. Student attorneys Michael Bishop, Rachel Kennedy and Elizabeth Othmer present on behalf of the plaintiff.

**ORDERED: All stipulated exhibits are ADMITTED. Request for witness sequestration is GRANTED.**

9:03 a.m.   Opening statement by Mr. Bishop.

9:13 a.m.   Opening statement by Ms. Dickey.

9:43 a.m.   Rebuttal opening statement by Mr. Bishop.

Defense witness, Warden Jeffrey Krueger, called and sworn.

| | |
|---|---|
| 9:53 a.m. | Direct examination of Warden Krueger by Mr. Traskos. |
| 10:12 a.m. | Cross examination of Warden Krueger by Ms. Kennedy. |
| 10:18 a.m. | Examination of Warden Krueger by the Court. |
| 10:24 a.m. | Redirect examination of Warden Krueger by Mr. Traskos. |
| 10:25 a.m. | Recross examination of Warden Krueger by Ms. Kennedy. |

**10:29 a.m.     Court in recess.**
**10:45 a.m.     Court in session.**

Plaintiff's witness, Seth Ward, PhD., called and sworn.

| | |
|---|---|
| 10:47 a.m. | Direct examination of Dr. Ward by Mr. Bishop. |
| 11:34 a.m. | Cross examination of Dr. Ward by Mr. Traskos. |
| 11:47 a.m. | Redirect examination of Dr. Ward by Mr. Bishop. |

**11:56 a.m.     Court in recess.**
**1:01 p.m.      Court in session.**

Plaintiff's witness, Ismail Oliver, called and sworn.

| | |
|---|---|
| 1:04 p.m. | Direct examination of Mr. Oliver by Mr. Bishop. |
| 1:20 p.m. | Cross examination of Mr. Oliver by Mr. Traskos. |
| 1:34 p.m. | Redirect examination of Mr. Oliver by Mr. Bishop. |

Plaintiff's witness, Chaplain Michael Castle, called and sworn.

| | |
|---|---|
| 1:42 p.m. | Direct examination of Chaplain Castle by Ms. Kennedy. |
| 2:01 p.m. | Cross examination of Chaplain Castle by Mr. Traskos. |
| 2:42 p.m. | Redirect examination of Chaplain Castle by Ms. Kennedy. |
| 2:57 p.m. | Examination of Chaplain Castle by the Court. |

**3:06 p.m.     Court in recess.**
**3:21 p.m.     Court in session.**

Plaintiff's witness, Raheem Hankerson, called and sworn.

3:30 p.m.        Direct examination of Mr. Hankerson by Ms. Othmer.

Plaintiff's witness, Ahmad Ajaj, called and sworn.

3:40 p.m.        Direct examination of Mr. Ajaj by Ms. Kennedy.

Technical issues to be addressed.

**3:44 p.m.        Court in recess.**
**3:52 p.m.        Court in session.**

3:53 p.m.        Continued direct examination of Mr. Ajaj by Ms. Kennedy.

Technical issues to be addressed.

**4:01 p.m.        Court in recess.**
**4:11 p.m.        Court in session.**

4:11 p.m.        Direct examination of Mr. Ajaj by Ms. Kennedy.

Court in Recess:  5:00 p.m.            Hearing concluded.            Total time in Court:  06:06