**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00992-RBJ-KLM

AHMAD AJAJ,

    Plaintiff

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW
APPEARANCE OF STUDENT ATTORNEY**

---

Plaintiff Ahmad Ajaj respectfully requests that the Court withdraw the appearance of student attorneys Alexandra Parrott and Rachel Kennedy (Docs. 195 and 269). These student attorneys are no longer involved in the representation of Mr. Ajaj. The students' supervising attorneys, Laura Rovner, Danielle Jefferis, and Nicole Godfrey, remain as counsel of record for Mr. Ajaj.

Pursuant to D.C.COLO.LCivR. 7.1, counsel for Mr. Ajaj has conferred with counsel for Defendant in this matter. Defendant BOP does not oppose the relief requested herein.

Respectfully submitted this 20th day of September, 2018.

        STUDENT LAW OFFICE

        *s/ Nicole B. Godfrey*
        Danielle C. Jefferis
        Nicole B. Godfrey
        Laura Rovner
        University of Denver
        Sturm College of Law
        2255 E. Evans Ave., Suite 335
        Denver, CO 80208
        (303) 871-6780
        ngodfrey@law.du.edu

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2018, I electronically filed the foregoing Motion to the Clerk of Court using the CM/ECF system, which will provide electronic notice of the filing to the following:

| | |
|---|---|
| Lauren Dickey | lauren.dickey2@usdoj.gov |
| Susan Prose | susan.prose@usdoj.gov |
| Marcy Cook | marcy.cook@usdoj.gov |
| Kevin Traskos | kevin.traskos.usdoj.gov |
| Clay Cook | c2cook@bop.gov |

        *s/ Nicole B. Godfrey*
        Nicole B. Godfrey