## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00992-RBJ-KLM

AHMAD AJAJ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

## AMENDED FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Amended Final Judgment is hereby entered.

This action was tried before United States District Judge R. Brooke Jackson, and the Court has rendered its Findings, Conclusions and Order of Judgment on September 13, 2018 [ECF No. 291]. It is

ORDERED, that plaintiff's claim regarding entitlement to a certified halal diet is resolved in favor of the plaintiff to the extent that the Federal Bureau of Prisons is enjoined from discontinuing to provide to Mr. Ajaj a certified halal diet unless that is required to serve a compelling governmental interest, and no reasonable alternative exists. Judgment is entered in favor of the plaintiff on this claim. It is

FURTHER ORDERED THAT plaintiff's claim regarding access to an Imam is resolved in favor of the defendant, Federal Bureau of Prisons, and against the plaintiff, Ahmed Ajaj.  Judgment is entered in favor of the defendant on this claim.  It is

FURTHER ORDERED that judgment on all other claims is entered consistent with the Court's orders issued prior to trial.  It is

FURTHER ORDERED that the plaintiff is awarded reasonable attorney's fees.  It is

FURTHER ORDERED that the plaintiff is awarded costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 15th day of April, 2019.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   J Dynes

J DYNES
Deputy Clerk

APPROVED BY THE COURT:
s/ R. Brooke Jackson
United States District Judge