# MINUTE ENTRY FOR SETTLEMENT

TO:     Docketing

FROM:   Magistrate Judge Kristen L. Mix

DATE:   July 19, 2019
        15-cv-00992-RBj
        <u>AHMAD AJAJ v. FEDERAL BUREAU OF PRISON</u>

\_\_\_\_\_   A settlement conference was held on _____ and no settlement was reached as to any claims in this action.

\_\_\_\_\_   Another Settlement Conference set for _____.

        Updated Confidential Settlement Statements are due on or before _____.

        ☐  in accordance with the Court's Instructions

✓       A settlement conference was held on this date, and a settlement was reached as to
        ✓ *Π's claim for attorneys fees.*

\_\_\_\_\_   All claims in this action. The parties shall file a stipulated motion to dismiss on or before _____.

\_\_\_\_\_   Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: **5** hours **45** minutes.

**X**   A record was made            \_\_\_\_\_   No record was made

* * * * * * * * * * * * * * * *

\_\_\_\_\_   Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: \_\_\_\_\_hours \_\_\_\_\_minutes