**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00992-RBJ-KLM

AHMAD AJAJ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, *et al.*,

    Defendants.

---

**MOTION TO WITHDRAW NICOLE B. GODFREY
AS COUNSEL OF RECORD**

---

    Nicole B. Godfrey, undersigned counsel for Plaintiff Ahmad Ajaj, submits this Motion to Withdraw as Counsel of Record and states:

    1. Undersigned counsel's employment with The University of Denver Student Law Office will end as of June 30, 2022.

    2. Mr. Ajaj continues to be represented in this case by Laura Rovner and Aurora Randolph.

    3. Pursuant to D.C.COLO.LCivR R. 7.1(b)(4), there is no duty to confer on this motion, but undersigned counsel certifies that she sent an email to counsel for Defendants prior to filing, informing them of the forthcoming motion.

    WHEREFORE, undersigned counsel respectfully requests that she be withdrawn as counsel of record for Mr. Ajaj and removed from the Certificate of Mailing in this case.

Respectfully submitted this 27th day of June, 2022

STUDENT LAW OFFICE

*s/ Nicole B. Godfrey*
Nicole B. Godfrey
Laura Rovner
Aurora L. Randolph
University of Denver Sturm College of Law
2255 E. Evans Ave., Suite 335
Denver, CO 80208
(303) 871-6574
ngodfrey@law.du.edu

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, I electronically filed the foregoing Motion to the Clerk of Court using the CM/ECF system, which will provide electronic notice of the filing to the following:

| | | |
|---|---|---|
| Susan Prose | Lauren Dickey | Clay Cook |
| susan.prose@usdoj.gov | lauren.dickey2@usdoj.gov | c2cook@bop.gov |
| | | |
| Marcy Cook | Kevin Traskos | |
| marcy.cook@usdoj.gov | kevin.traskos@usdoj.gov | |

*s/ Nicole B. Godfrey*
Nicole B. Godfrey