# Exhibit 2
# Excerpts from the Deposition of A. Ajaj 1-25-2024

```
 1                  UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2
     AHMAD M. AJAJ,
 3
                    Plaintiff,
 4
     vs.                          CASE NO. 15-cv-00992-RBJ-KLM
 5
     FEDERAL BUREAU OF PRISONS, et al,
 6
                    Defendant.
 7
     --------------------------------------------------------
 8
          DEPOSITION OF:      AHMAD AJAJ
 9
          TAKEN BY:           Defendant
10
          REPORTED BY:        Kelly Owen McCall, RPR, FPR-C
11                            Stenographic Court Reporter
                              Notary Public
12                            State of Florida at Large

13        DATE AND TIME:      January 25, 2024; 9:41a.m.-12:21p.m.

14        PLACE:              USP Coleman I
                              846 Northeast 54th Terrace
15                            Sumterville, Florida

16

17

18

19

20

21

22

23

24

25

                  OWEN & ASSOCIATES COURT REPORTERS
              owenassocs@aol.com * www.ocalareporting.com
                             352.624.2258
```

1      A    Can you repeat that?

2      Q    Other than those instances and those facts

3  reflected in your response to Interrogatory Number 7 in

4  Exhibit Number 72, do you have any additional information

5  about any instance, between 2012 and 2015, when Christian,

6  Jewish or Native American prisoners were able to pray with

7  their respective clergy persons, the inmates or clergy

8  persons participating, or the date, time or specific

9  location of the incidents or any staff members who were

10 present?

11     A    At this time, I don't know.  I'm not sure if I

12 have any other -- I don't remember whether there is any

13 other information, but I doubt it, you know.

14     Q    Okay.  As you're sitting here today --

15     A    Yes, sir.

16     Q    -- you do not remember any additional information

17 that you have not included in your response to Interrogatory

18 Number 7 in Exhibit 72; is that correct?

19     A    At this time, no.

20     Q    Okay.  Please turn to Interrogatory Number 8,

21 which is pages 12 through 15.

22     A    Yes, sir.

23     Q    Starting on page 12, there's an interrogatory, a

24 question to you that states:  "Identify and describe each

25 instance in which congregational prayers of other religious

1    faiths have taken place in the open range, outside of a
2    prisoner's cell, as alleged in Paragraph 314 of the First
3    Amended Complaint, by providing a description of the
4    incident, including, but not limited to, the inmates
5    participating in the prayers; the date, time and specific
6    location of the incident; and any staff members or other
7    inmates who were present."
8         A    Yes, sir.
9         Q    And you have provided a response to that
10   interrogatory; is that correct?
11        A    That's correct.
12        Q    Is that -- is your response to that interrogatory
13   complete and accurate to the best of your knowledge and
14   information?
15        A    Yes, sir.
16        Q    Please turn to Interrogatory Number 13, which is
17   on pages 20 to 22.
18        A    Yes, sir.
19        Q    Okay.  This is an interrogatory, a question to you
20   that says:  "Describe any and all interactions you have had
21   with Imam Jodeh at the ADX since 2012, detailing where the
22   interaction took place; the names of other individuals
23   present during the interaction; the length of the
24   interaction; and other details regarding the interaction."
25             Did I read that correctly?

1        A    That is correct, yes, sir.

2        Q    And you have provided a response, in Exhibit

3   Number 72, to Interrogatory Number 13; is that correct?

4        A    Yes, sir.

5        Q    Okay.  And do you have any reason to believe that

6   the answer that you provided in Interrogatory -- to

7   Interrogatory Number 13 in Exhibit 72 is not complete and

8   accurate to the best of your knowledge and information?

9        A    At this time, no.

10       Q    Okay.  Mr. Ajaj, would you agree with me that it

11  is important to be as accurate and complete as possible?

12       A    Yes, sir.

13       Q    And it's important to be as accurate and complete

14  as possible when responding to a discovery request; is that

15  right?

16       A    That is right.

17       Q    It's also important to be as accurate and complete

18  as possible when filing a complaint in Federal Court; is

19  that right?

20       A    That is correct, yeah.

21       Q    So when you filed the amended complaint in this

22  case, you were also as accurate and complete as possible?

23       A    To the best of my knowledge, yes.

24       Q    Okay.  In your time incarcerated in the United

25  States, you have participated in the administrative remedy

1  three times, yeah, I could, yeah.

2       But religious discussion, no.  How can I discuss

3  religious issues or having knowledge, Islamic knowledge

4  behind two doors, which would require a more, you know,

5  detailed interactions between me and him?  It is hard to do

6  that.

7       Q    Do your religious beliefs -- did your religious

8  beliefs, in 2012 to 2015, require you to have a certain

9  amount of time with the imam every week?

10           MS. OLIVER:  Form.

11      A    It depends.  You know, it depends what type of --

12 you know, sometimes, you know, it's required brief things.

13 If he want to pray with me, and I have religious issues to

14 address with him, it would have been an issue.

15      For example, if I am speaking to him about a halam diet

16 or Ramadan and what is the risks -- the fasting, what were

17 the risks if taking medication through injection instead of

18 ingesting it.  It depends on what the subject, you know, is.

19      Q    So the amount of time that you were required to

20 have with the imam for -- to comply with your religious

21 beliefs varied from week to week?

22      A    Yeah, you know, depending on the topics we would

23 be -- he want to discuss with me or I want to discuss with

24 him.

25      Q    And you said -- the people that you remembered

1   being with the imam, when you had to speak to him through
2   two doors, who were they?
3        A    I remember that Knox, for sure, you know, Chaplain
4   Henderson.  Those two, for sure, you know.  And I am not
5   sure at this moment where the other religious service staff
6   were.  I think maybe Miss Hannah, she was working religious
7   service.  I was not sure whether there was another staff was
8   at that time or not.
9        But there also -- I think one time -- you know, I am
10  not sure.  There was another chaplain.  I don't remember
11  whether he came with him or not at this moment.
12       Q    Okay.  So the only people that you remember being
13  with the imam when you had to speak with the imam through
14  the two doors at ADX were Religious Counselor Knox, Chaplain
15  Henderson and Miss Hannah?
16       A    And there is -- I believe there was another
17  chaplain.  I think he's Jehovah Witness or -- I think he
18  came.
19       Q    Mr. Ajaj, okay, do you remember whether or not
20  that person came?
21       A    At this moment, no.
22       Q    So the only three people that you remember at this
23  moment that were with the imam when you spoke to him between
24  the two doors were Religious Counselor Knox, Chaplain
25  Henderson and Miss Hannah; is that right?

1   A    That's what I believe, yeah.

2   Q    Do you know who made the decision that you would
3   speak to the imam through the two doors?

4        MS. OLIVER:  Form.

5   A    You know, of who made the decision, they not come
6   and say to me, you know:  "I made the decision," you know.
7   But I know that I complained to them that it's not the right
8   way to meet with the imam, that is not -- that is
9   meaningless meetings with imam.

10       But I don't know, they not come to me, and said:  "Oh,
11  the warden did that, made that decision that, Ajaj, the only
12  way you can meet with the imam is behind two doors."  Nobody
13  -- I don't remember that anybody told me that.

14  Q    And so outside of grievances, outside of cop-outs
15  and outside of administrative remedy requests, to whom did
16  you complain about meeting with an imam through two doors?

17  A    For a fact, that administrative staff at that
18  time, like, you know, it's the ones that made their rounds,
19  other than the religious services, and I think for Warden
20  Berkebile, the AW, Ms. Hall, you know, and other
21  administrative staff.

22       At this moment, I really don't remember, but I
23  complained to -- other than administrative remedies, I
24  usually brought this issue again and again and again during
25  their rounds, weekly rounds, you know.

1                MS. OLIVER:  Misstates prior testimony.
2        A    The outer door, yes.  I already said, if that
3   happened, it happened maybe three times, two, three times,
4   you know.
5        Q    So in the entire time period between 2012 and
6   2015, your testimony here today is that you only spoke with
7   an imam through bars two or three times?
8        A    Through bars, yeah, that -- most likely that's
9   what happened.
10       Q    Okay.  And so in the entire time period of 2012 to
11  2015, every other time you met with an imam it was through
12  two doors?
13       A    To the best of my memory, yes.
14       Q    Okay.  On those two to three times --
15       A    Yes, sir.
16       Q    -- that you spoke with an imam only through one
17  door or the bars, who decided to open the second door?
18               MS. OLIVER:  Form.
19       A    To open outside door?  You know, for example, that
20  religious services, the one who called the control room on
21  the radio, because the doors are controlled by that unit
22  control room.  So they call them on the radio to open the
23  outer door.
24            And that -- the other staff, the administrative staff
25  were doing the same thing.  They call on the radio and they

1   open the door.

2   Q   Okay.  So to the best of your knowledge, on the
3   two to three times that you met with an imam only through
4   bars between 2012 and 2015, it was religious services that
5   had requested that the outer door be opened?

6   A   Most likely, yes.

7   Q   While you were at ADX, between 2012 and 2015, you
8   also -- we've discussed a little bit you sought to meet with
9   an imam in a private room; is that right?

10   A   I believe so.

11   Q   Why was that?

12   A   Why in a room?  Because they were -- first of all,
13   they were doing that before, when first -- you know, I came
14   to ADX twice.  The first time I came to ADX, they were doing
15   that.  So that's why, you know.

16   And the other way, so I can have really, you know,
17   meaningful religious conversation and discussion with him
18   when we are in private, you know, while Chaplain -- Mr. Knox
19   or Chaplain Henderson was -- you know, I didn't mind at any
20   time any one of the staff be there anyway.

21   Q   Why was it not sufficient to meet with the imam
22   inside of your sallyport in 2012 to 2015?

23   MS. OLIVER:  Form.

24   A   Why it's not sufficient?  You know, I already
25   mentioned, first of all, that Chaplain Jodeh, Mr. Jodeh,

```
 1      Q    Mr. Ajaj, you ready?
 2      A    Yes, sir, thank you.
 3      Q    So you have Exhibit 73 in front of you; correct?
 4      A    Yes, sir.
 5      Q    And that is the amended complaint that you filed
 6 in this case?
 7      A    That is correct.
 8      Q    And you said earlier it was important to be
 9 complete and accurate when filing --
10      A    Absolutely.
11      Q    Would you please turn to page 37.
12      A    Thirty-seven.
13      Q    Do you see Paragraph 265?
14      A    265.  Yes, sir.
15      Q    It says:  "During the few times in 2013 he was
16 permitted visits with the imam, Mr. Ajaj was required to
17 participate in the religious visit through two doors, one of
18 which is solid steel."
19      A    Yes, sir.
20      Q    Because you were trying to be complete, does that
21 mean that, when you met with an imam in 2012, 2014 and 2015,
22 you did not meet with the imam through two prison doors, one
23 of which is solid steel?
24      A    You know, I forgot something, that we moved from,
25 I think, D Unit or F Unit to K Unit.  They were repairing
```

1   the other units.  I don't know whether it was 2013 or 2014

2   at that time.  And I had meeting with that Imam Jodeh.  It

3   was not through -- it was through that -- K Unit is just one

4   door, so it was through one door, not two doors.

5          But in other units, most likely, that is what was

6   happening.  So other units, like, if unit have the double

7   doors -- I remember now that in K Unit, at one time, they

8   was doing repairing in the units or F Unit, and they moved

9   all of us out of that unit, and they put us in K Unit, I

10  believe.  I don't remember what time and what date.

11         But we stayed for a while there, and one of that visits

12  was Mr. Knox and Imam Jodeh in K Unit at that time.  So that

13  may be something.  It just came to my mind right now, you

14  know.

15       Q    Okay.  And I would like to ask you about that in a

16  second --

17       A    Yeah.

18       Q    -- but I want to come back to Paragraph 265.

19       A    Yes, sir.

20       Q    Here you wrote:  "During the few times in 2013 he

21  was permitted visits with the imam, Mr. Ajaj was required to

22  participate in the religious visit through two prison doors,

23  one of which is solid steel."

24         Because you wrote 2013, specifically, in the amended

25  complaint, I understand that to mean that did not happen in

1    Q    Could you hear what they were saying, when they
2  were sitting together with the Bible?
3         MS. OLIVER:  Form.
4    A    They was opening their Bible.  Most likely, they
5  be reading from their Bible and praying together.  That's
6  what I assume.
7    Q    Okay.  So between 2012 and 2015, when you saw
8  Christian inmates what you are calling praying in the K
9  Unit, it was when you saw several inmates --
10   A    Yeah.
11   Q    -- sitting at a table with the Bible; is that
12 correct?
13   A    Yeah.  You know, you mention again that K Unit
14 from 2012 to 2015.  I was not in K Unit from 2012 to 2015.
15   Q    And I asked what you saw.
16   A    Yeah.  If you mentioned just K-B Unit, that's what
17 I saw in K-B Unit.  In other units, they are in the cages,
18 yes, sir, I saw them; same thing, they bringing the Bible,
19 they allow them to get the Bibles.
20       We were not allowed to carry no Quran, no prayer rug
21 outside to the cages at all, but Bibles were allowed to be
22 carried outside.
23   Q    Mr. Ajaj, in Paragraph 314 of your amended
24 complaint --
25   A    Yes, sir, in K Unit.

1   Q    -- you talk about -- in K Unit, when you were
2   there, congregational prayers of other religious faiths
3   taking place in the open range outside of a prisoner's cell.
4   A    That is correct, yes, sir.
5   Q    And what you were referring to there was there
6   would be individuals sitting at a table with a Bible; is
7   that correct?
8        MS. OLIVER:  Misstates prior testimony.
9        Go ahead.
10  A    Sitting in -- sitting in the range is in the open
11  range or in the common area, yes, sir, with a Bible, yes,
12  sir.
13  Q    A minute ago you mentioned that you thought
14  individuals took Bibles out to rec and other areas of the
15  ADX?
16  A    Yes, sir.
17  Q    Which individuals?
18  A    The inmates from other, you know, from -- for
19  example, from all other units, the first phase of the unit,
20  we can see the cages from our windows, from the cell
21  windows.  So you -- from our ranges or from bottom ranges or
22  from the same -- any ranges in the unit, we can see any
23  people outside.
24       During that time, I saw many times people carrying with
25  them the Bibles.  I asked many times before -- because years

1   pray together at the table.  That was prohibited.

2        I don't remember whether, individually, I was carrying

3   the Quran with me.  I doubt it that I was carrying the Quran

4   with me outside or that I was permitted.  I highly doubt it.

5       Q   Did you ever try to discuss the Quran in English

6   at one of the tables inside of the K-B unit?

7       A   In English?  The Quran, the Quran is in Arabic.

8   It have to be discussed in Arabic, recited in Arabic.  That

9   is the religion.  The Quran was written by Prophet Muhammad

10   in Arabic and we're required to read it in Arabic and recite

11   it in Arabic.

12       Q   Did inmates ever sing together at ADX when you

13   were there between 2012 and 2015?

14       A   Can you repeat that again?

15       Q   Did inmates ever sing together?

16       A   Yeah.  We have in -- in K-B Unit, we have guitar

17   class in K-B Unit.  You know, they was practicing singing

18   and practicing together.

19       Q   Were there ever any religious songs sung in K-B

20   Unit between 2012 and 2015?

21       A   I don't remember at this time that there was

22   religious songs or not.

23       Q   Okay.  Mr. Ajaj, would you please turn back to

24   Exhibit 73, which is your amended complaint.

25       A   Yes, sir.

1           MR. KAPNIK:  Can we take a quick break, please.
2           THE VIDEOGRAPHER:  Time is 12:08.  Off record.
3           (A short recess was taken at 12:08 p.m., and the
4    deposition as follows at 12:18 p.m.:)
5           THE VIDEOGRAPHER:  Time is 12:18.  Back on record.
6    BY MR. KAPNIK:
7       Q    Mr. Ajaj, are you ready?
8       A    Yes, sir, thank you.
9       Q    Great.  I want to take a step back.  We've talked
10   about the general population units at ADX a little bit, and
11   we've used the phrase "two doors."  And I just want to
12   clarify, when you say "two doors," it's there's a grill,
13   bars, and then a few feet, and then a door with a speaker
14   box in it; is that right?
15      A    Yes, sir.  I believe, yes.
16      Q    And I want to take a step back to earlier today.
17   You talked about an example of praying in an airplane.
18      A    Yes, sir.
19      Q    Do you remember that?
20      A    I do remember that.
21      Q    And you were talking about praying in an airplane
22   where you can't pray perfectly, right?
23      A    That is true, yes.
24      Q    That you couldn't be facing in the right
25   direction, you were seated in the seat.  Anything else?