## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00992-RBJ-KAS

AHMAD AJAJ,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS;
DAVID BERKEBILE, in his individual capacity;
TARA HALL, in her individual capacity;
GEORGE KNOX, in his individual capacity;
JOHN OLIVER, in his individual capacity; and
DANIEL PARRY, in his individual capacity,

      Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate to the dismissal of this action with prejudice. All parties shall bear their own fees and costs except as specified in the parties' prior agreements.

Dated: April 26, 2024

STUDENT LAW OFFICE

*s/ Laura Rovner*
Laura Rovner
Miriam Kerler
Nicholas A. Lutz

*s/ Audrey DeRose Oliver*
Audrey DeRose Oliver, Student Attorney

*s/ Dana Lindenberg*
Dana Lindenberg, Student Attorney

*s/ Samantha R. Kroner*
Samantha R. Kroner, Student Attorney

*s/ Molly Parris*
Molly Parris, Student Attorney

*s/ Nicholas H. Carpenter*
Nicholas H. Carpenter, Student Attorney
Civil Rights Clinic
University of Denver
Sturm College of Law
2255 E. Evans Avenue, Suite 355
Denver, CO 80208
303.871.6441
lrovner@law.du.edu

*Counsel for Plaintiff*

Respectfully submitted,

COLE FINEGAN
United States Attorney

*s/ Benjamin Kapnik*
Logan Brown
Benjamin Kapnik
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0100
logan.brown@usdoj.gov
benjamin.kapnik@usdoj.gov

*Counsel for United States of America,
Federal Bureau of Prisons, David
Berkebile, Ronald Camacho, Michael
Castle, Kenneth Crank, Tara Hall, Jason
Henderson, Roger Huddleston, George
Knox, Chris Lamb, Samantha McCoic, K.
Morrow, John Oliver, and Daniel Parry*